# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-1222

———————

Curtis Wooten,           *
                                   *
           Appellant,        *
                                   *    Appeal from the United States
      v.                             *    District Court for the
                                   *    Eastern District of Missouri.
Anheuser-Bush, Inc.; Local #1187,     *
Bottlers,                     *        [UNPUBLISHED]
                                   *
          Appellees.        *

———————

Submitted: July 19, 2001
Filed: July 25, 2001

———————

Before HANSEN, FAGG, and BEAM, Circuit Judges.

———————

PER CURIAM.

Curtis Wooten appeals from the district court's[1] adverse grant of summary judgment in his civil action against his former employer and union. On appeal, he argues that the district court erred in granting summary judgment before he could complete discovery. However, he neither sought an extension nor filed an affidavit describing the facts he sought, as required under Federal Rule of Civil Procedure 56(f). Consequently, we conclude that the district court did not abuse its discretion in

———————

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

determining the case was ripe for summary judgment.  See Dulany v. Carnahan, 132 F.3d 1237-38 (8th Cir. 1997).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.